Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:         CLERK, U.S. BANKRUPTCY COURT

Re:         UNDISTRIBUTED FUNDS

Debtor:     MICHAEL RAYFIELD
            37300 VERBENA COURT
            PALMDALE, CA  93551

Case No.:   SV05-19799-VK

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| MICHAEL RAYFIELD<br>37300 VERBENA COURT<br>PALMDALE, CA  93551 | $47.20 |

Dated:  April 29, 2011                    _Elizabeth J Rojas_
                                          Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

Check No.: 0829691  
Check Date: 04/21/2011  
Check Amt: 47.20

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0519799 | Claim #: 00000 | MICHAEL RAYFIELD | | 0.00 | 0.00 | 47.20 | 47.20 |
| | | TOTALS | | 0.00 | 0.00 | 47.20 | 47.20 |

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS  
CHAPTER 13 TRUSTEE  
15060 VENTURA BLVD.  
SUITE 240  
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK  
818 W. Seventh Street, Suite 220  
Los Angeles, CA 90017

16-4430/1220

RAYFIELD, MICHAEL  
Case No: 0519799

CHECK DATE: Apr 21, 2011  
CHECK NO.: 0829691

CHECK AMOUNT  
$*********47.20

VOID AFTER 60 DAYS

PAY ONLY **47.20** FOUR SEVEN PERIOD TWO ZERO

PAY TO THE ORDER OF  CLK US BANKRUPTCY CT

VOID OVER $47.20

Elizabeth F Rojas

⑈0829691⑈ ⑆122044300⑆ 001⑈111690⑈